**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.     Bar #: 200424
David C. Wakefield, Esq.        Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

FILED
06 SEP -7 AM 8:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CORONADO PARK PLACE LIQUOR AND DELI, INC., d.b.a. PARK PLACE LIQUOR; CORONADO PARK PLACE LIQUOR AND DELI, INC.; NICK J. NICHOLAS & BEULAH S. NICHOLAS TRUST; And DOES 1 THROUGH 10, Inclusive<br><br>    Defendants. | Case No.: 06CV1420 IEG (WMc)<br><br>STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY STIPULATED** by and between MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual, Plaintiffs, on the one hand, and Defendants CORONADO PARK PLACE LIQUOR AND DELI, INC. and NICK J. NICHOLAS & BEULAH S. NICHOLAS TRUST, on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants CORONADO PARK PLACE LIQUOR AND DELI, INC., d.b.a. PARK PLACE

1    Case Number: 06cv1420 IEG (WMc)

Document Date: August 24, 2006

1  LIQUOR; CORONADO PARK PLACE LIQUOR AND DELI, INC.; and NICK J. NICHOLAS
2  & BEULAH S. NICHOLAS TRUST, from Plaintiffs' Complaint, Case Number: 06cv1420 IEG
3  (WMc). Additionally, Plaintiffs request that the Complaint be dismissed with prejudice in its
4  entirety.

6  **IT IS SO STIPULATED.**

8  Dated: 9/1, 2006

PINNOCK & WAKEFIELD, A.P.C.

By: _____
David C. Wakefield, Esq.
Attorney for Plaintiffs

11  Dated: 8-30-, 2006

THE CORONA FIRM, LLP

By: _____
R.D. Corona, Esq.
Attorneys for Defendants NICK J. NICHOLAS &
BEULAH S. NICHOLAS TRUST

17  Dated: _____, 2006

LAW OFFICES OF MATTHEW A. BECKER

By: _____
William A. Becker, Esq.
Attorneys for Defendants CORONADO PARK
PLACE LIQUOR AND DELI, INC.

23  **ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS
AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

25  **IT IS HEREBY ORDERED** that Defendants CORONADO PARK PLACE LIQUOR
26  AND DELI, INC., d.b.a. PARK PLACE LIQUOR; CORONADO PARK PLACE LIQUOR AND
27  DELI, INC.; and NICK J. NICHOLAS & BEULAH S. NICHOLAS TRUST are dismissed with

2   Case Number: 06cv1420 IEG (WMc)

Document Date: August 24, 2006

1 LIQUOR; CORONADO PARK PLACE LIQUOR AND DELI, INC.; and NICK J. NICHOLAS
2 & BEULAH S. NICHOLAS TRUST, from Plaintiffs' Complaint. Case Number: 06cv1420 IEG
3 (WMc). Additionally, Plaintiffs request that the Complaint be dismissed with prejudice in its
4 entirety.

6 **IT IS SO STIPULATED.**

8 Dated: _____, 2006        **PINNOCK & WAKEFIELD, A.P.C.**

9                                 By: _____
10                                    David C. Wakefield, Esq.
                                     Attorney for Plaintiffs

11 Dated: _____, 2006        **THE CORONA FIRM, LLP**
12

13                                 By: _____
                                     R.D. Corona, Esq.
14                                    Attorneys for Defendants NICK J. NICHOLAS &
                                     BEULAH S. NICHOLAS TRUST
15

17 Dated: Aug 29, 2006             **LAW OFFICES OF MATTHEW A. BECKER**

19                                 By: *[signature: Matt A. Beck]*
                                     Matthew ~~William~~ A. Becker, Esq.
20                                    Attorneys for Defendants CORONADO PARK
                                     PLACE LIQUOR AND DELI, INC.

23 **ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS
AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**
24

25  **IT IS HEREBY ORDERED** that Defendants CORONADO PARK PLACE LIQUOR
26 AND DELI, INC., d.b.a. PARK PLACE LIQUOR; CORONADO PARK PLACE LIQUOR AND
27 DELI, INC.; and NICK J. NICHOLAS & BEULAH S. NICHOLAS TRUST are dismissed with
28

                                             2     Case Number: 06cv1420 IEG (WMc)

Document Date: August 24, 2006

1  prejudice from Plaintiffs' Complaint, Case Number: 06cv1420 IEG (WMc). Additionally,
2  Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 9/6/06

_____
HONORABLE IRMA E. GONZALEZ
UNITED STATES DISTRICT COURT JUDGE

3   Case Number: 06cv1420 IEG (WMc)

Document Date: August 24, 2006